[No. 64198-1-I.   Division One.   May 2, 2011.]

WILLIAM C. COWIN ET AL., *Respondents*, v. KEN JACOBSON
ET AL., *Appellants*.

KEN JACOBSON, *Appellant* v. BCSCBN, INC., ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 07-2-35604-5, George A. Finkle, J. Pro Tem.,
entered August 28, 2009. *Affirmed* by unpublished opinion
per Lau, J., concurred in by Dwyer, C.J., and Appelwick, J.

[No. 64404-1-I.   Division One.   May 2, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMIAH TOMAS
RUPE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 09-1-02404-5, Cheryl B. Carey, J., entered
October 26, 2009. *Affirmed in part, reversed in part*, and
*remanded* by unpublished opinion per Grosse, J., concurred
in by Cox and Schindler, JJ.

[No. 64458-1-I.   Division One.   May 2, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CAREY J. HICKMAN,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 09-1-04334-1, Jeffrey M. Ramsdell, J., entered
October 30, 2009. *Affirmed in part* and *remanded with
instructions* by unpublished opinion per Becker, J., con-
curred in by Dwyer, C.J., and Appelwick, J.

[No. 64462-9-I.   Division One.   May 2, 2011.]

NEGUSIE T. BIRRU ET AL., *Appellants*, v. PACIFIC RAIL SERVICES,
LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 07-2-08211-5, Michael J. Trickey, J., entered
October 27, 2009. *Affirmed* by unpublished opinion per Cox,
J., concurred in by Schindler and Lau, JJ.